**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Gurmeet Kumar,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-05926-PHX-MAA

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) Petitioner requested the Court order Petitioner's release and direct Respondents to return Petitioner's "California commercial driver's license, Employment Authorization Document, and all other personal property contemporaneously with Petitioner's release from custody[.]" (Doc. 1 at 24-25.) The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 5.) In the Response, Respondents state: "Respondents do not oppose the habeas petition or Petitioner's requested relief for release from custody." (Doc. 9.) The Court accepts this concession as non-opposition to granting the Petition.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody.

(2) Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

(3) Contemporaneously with Petitioner's release, Respondents must return all of Petitioner's personal property, including his California commercial driver's license and Employment Authorization Document.

(4) Respondents must provide a notice of compliance within **two days** of this Order.

(5) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 31st day of August, 2026.

Honorable Michael A. Ambri
United States Magistrate Judge